UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EARL P. THOMPSON | * | CIVIL ACTION NO. 16-17542 |
| Plaintiff, | * | |
| VERSUS | * | JUDGE CARL J. BARBIER |
| | * | |
| RYAN ZINKE, SECRETARY OF THE | * | MAGISTRATE JUDGE |
| INTERIOR | * | JANIS VAN MEERVELD |
| Defendant | * | |
| | * | JURY TRIAL DEMANDED |
| | * | |

******************************************

## MOTION TO RECONSIDER THE COURT'S ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel, comes Plaintiff Earl Thompson, who respectfully requests this Honorable Court to reconsider its June 11, 2018 Order granting Defendant's *Motion for Summary Judgment*. Good ground exists for Plaintiff's excusable neglect in filing his *Memorandum in Opposition* out of time.

WHEREFORE, in consideration of the foregoing, Plaintiff respectfully moves this Honorable Court for the reconsideration of its Order granting Defendant's *Motion for Summary Judgment*.

                Respectfully submitted,

                /s/G. Karl Bernard
                G. Karl Bernard (#24294)
                G. KARL BERNARD & ASSOCIATES, LLC
                1615 Poydras Street, Suite 220
                New Orleans, Louisiana 70112
                Telephone:    (504) 412-9953
                Facsimile:    (504) 412-8088
                Karl.bernard@karlbernardlaw.com
                **Attorney for Plaintiff, Earl Thompson**

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of June, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this proceeding.

                              */s/G. Karl Bernard*
                                 G. Karl Bernard