UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EARL P. THOMPSON | * | CIVIL ACTION NO. 16-17542 |
| Plaintiff, | * | |
| VERSUS | * | JUDGE CARL J. BARBIER |
| | * | |
| RYAN ZINKE, SECRETARY OF THE. | * | MAGISTRATE JUDGE |
| INTERIOR | * | JANIS VAN MEERVELD |
| Defendant | * | |
| | * | JURY TRIAL DEMANDED |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\* \*

# **ORDER**

Considering the Motion to Reconsider the Court's Order Granting Defendant's Motion for Summary Judgment submitted by Plaintiff, Earl Thompson; accordingly,

IT IS HEREBY ORDERED that Plaintiff's Motion to Reconsider is hereby GRANTED.

New Orleans, Louisiana, this ____ day of _____, 2018

_____
UNITED STATES DISTRICT JUDGE