UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EARL P. THOMPSON | * | CIVIL ACTION NO. 16-17542 |
| Plaintiff, | * | |
| VERSUS | * | JUDGE CARL J. BARBIER |
| | * | |
| RYAN ZINKE, SECRETARY OF THE INTERIOR | * | MAGISTRATE JUDGE JANIS VAN MEERVELD |
| Defendant | * | |
| | * | JURY TRIAL DEMANDED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S STATEMENT OF DISPUTED FACTS IN OPPOSITION TO DEFENDANTS' LIST OF UNDISPUTED MATERIAL FACTS

NOW INTO COURT, through undersigned counsel, comes Plaintiff Earl Thompson, who submits the following statement of facts disputing "Defendants' List of Undisputed Material Facts."

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted in part and denied in part. The Commingling & Measurement Approval Unit ("C&MA") consists of engineers and technicians. The engineers' primary assignment is making sure that oil field operators' operating systems and proposals are compliant with the operators' permit and governing regulations. C&MA engineers do not: go offshore to verify information provided by operators or obtain actual field measurements; generate diagrams from scratch; do any mathematical calculations or integrations; design or

1

participate in the design of pipeline systems.[1] C&MA technicians are responsible for typing data into Defendant's database, TIMS. The aforementioned data is obtained from permit applications submitted by oil field operators.[2]

7. Admitted.

8. Admitted.

9. Admitted.

10. Denied. Kelly Johnson testified that when he interviewed candidates for the vacant Petroleum Engineering Technician position he asked questions that were designed to let the interviewee talk about themselves and that he would listen for what they have done that is applicable to what is done in the C&MA Unit.[3]

11. Admitted.

12. Admitted.

13. Neither admitted or denied as Plaintiff is unable to provide evidence to corroborate or deny whether or not Johnson interviewed each of the four candidates on the certificate or if he asked each candidate the same 12 questions.

14. Neither admitted or denied as Plaintiff is unable to provide evidence to corroborate or deny whether or not Johnson made notes of the responses he received from the candidates on the Interview Question form that he created for the selection process.

15. Denied. Johnson stated that he selected Hampton because of her experience in the Pipeline Unit and her familiarity with ArcGIS.[4] However, Hampton testified that she doesn't know much about pipelines and, regarding ArcGIS, Hampton testified that she

---

[1] Exhibit B: Kelly Johnson Deposition, pg. 29-33.
[2] Id. at pg. 34-37.
[3] Exhibit D: Kelly Johnson's Sworn Affidavit, Report of Investigation Exhibit F3, pg. 15.
[4] Exhibit B: Johnson Deposition, pg. 39.

took a one day training class on how to use ArcGIS and that her primary responsibilities regarding her use of ArcGIS are inputting permit data from an operator provided permit and printing maps. Moreover, Johnson never inquired about Thompson's ability to use ArcView, a mapping program that contains the same subprograms as ArcGIS.[5]

16. Neither admit or deny as Plaintiff is unable to provide evidence to corroborate or deny whether or not on October 7, 2015 Johnson wrote a Rationale for Selection Memorandum in support of his selection.

17. Neither admit or deny as Plaintiff is unable to provide evidence to corroborate or deny whether or not at BSEE, selecting officials are required to write such memorandum anytime a competitive selection is made.

18. Admitted in part and denied in part. Plaintiff admits that Johnson stated that he wrote a Selection Memorandum. Plaintiff denies Johnson believed that Hampton was the best candidate.

19. Denied. Plaintiff had no pipeline experience working in Defendant's Pipeline section. However, plaintiff has extensive pipeline experience as a Petroleum Engineering Technician and as a Civil Engineering Technician.[6]

Respectfully submitted,

s/ G. Karl Bernard
G. Karl Bernard (#24294) T.A.
G. KARL BERNARD & ASSOCIATES, LLC
1615 Poydras Street, Suite 220
New Orleans, Louisiana  70112
Telephone:     (504) 412-9953

---

[5] Exhibit A: Earl Thompson's Declaration.
[6] Id.

        Facsimile:    (504) 412-8088
        karlbernardlaw@bellsouth.net

        Attorney for Plaintiff, Earl Thompson

### **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing pleading was served on all counsel of record via the court's CM-ECF electronic filing system this 20th day of June, 2018.

        s/ G. Karl Bernard
        G. Karl Bernard