UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EARL P. THOMPSON | * | CIVIL ACTION NO. 16-17542 |
| Plaintiff, | * | |
| VERSUS | * | JUDGE CARL J. BARBIER |
| | * | |
| RYAN ZINKE, SECRETARY OF THE. | * | MAGISTRATE JUDGE |
| INTERIOR | * | JANIS VAN MEERVELD |
| Defendant | * | |
| | * | JURY TRIAL DEMANDED |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\* \*

## SWORN DECLARATION OF EARL THOMPSON

I, Earl Thompson, declare as follows:

1. I am a sixty-seven (67) year old African-American male.

2. On or about May 1, 1978, I began my employment with the Defendant as a GS-1311-5 Physical Science Technician in the Stratigraphic Mapping Unit where I worked with the geophysicist and geologist in evaluating geological and geophysical data. Once evaluated, I was responsible for inputting the data into a data collecting system. (See Attached Resume)

3. In 1985, I was transferred to the Defendant's Production Section as a GS-802-8 Petroleum Engineer Technician, in the rate control unit. My primary responsibility was interpreting production data (surface and bottomhole pressure readings, flow rates, production rates, etc.) from Oil Companies and inputting that data into Defendant's Technical Information Management System ("TIMS") database system.

4. In 1995, I was transferred to Structures and Technical Support Section as a GS-802-8, Civil Engineering Technician. My primary responsibility was receiving, organizing,

Exhibit A

examining, correlating and managing annual platform inspection reports for the Gulf of Mexico and inputting that data into TIMS.

5. Presently, I am still assigned to the Structures and Technical Support section as a GS-802-10, Civil Engineering Technician.

6. As a Technician in the Structures and Technical Support section, I have had extensive experience in inspecting offshore platforms.

7. Though I have not worked in Defendant's Pipeline Unit, while inspecting offshore platforms, I gained invaluable "hands-on" experience in inspecting the pipelines that were "tied" or connected to the actual offshore platform structure.

8. As a Civil and Petroleum Engineering Technician, for nearly 30 years, I was required to travel offshore to inspect oil company platforms and pipelines.

9. I am proficient in using the following programs: Microsoft Word; Microsoft Excel; Windows XP; TIMS; Microsoft Access; Wordperfect; MMS DOS; Data Base 3; and Lotus 1,2,3; and I have received training in the use of ArcView which is the precursor to ArcGIS mapping program.

10. ArcView is comprised of ArcMap and ArcCatalog. ArcGIS is also comprised of ArcMap and ArcCatalog exactly like ArcView.

11. From 1978 through 2016, my supervisors have evaluated my job performance on an annual basis.

12. I have routinely received either a "superior" or a "fully satisfied" job performance rating.

13. As a result of my job performance, I have received numerous awards, namely: monetary awards, star awards, "on the spot" awards; outstanding quality improvement awards; achievement awards; and performance awards.

Exhibit A

14. Secretary Ryan Zinke made the following statement:

> It's time to acknowledge that we have a problem. Unfortunately, the survey shows that harassment, intimidation, and discrimination have been a common practice at Interior. A culture of tolerance of such behavior tarnishes our noble mission of stewardship and breaches public trust. I'm speaking today to make it clear that the culture of harassment, intimidation which this administration inherited has come to an end. I've already removed four senior leaders that were guilty of inappropriate behavior and I will remove four hundred more if necessary. Intimidation, harassment, and discrimination is a cancer to any organization. However deep it goes, we will remove it from Interior. No one in Interior should have to suffer silently afraid of retaliation or isolation when they're just trying to do their job. We have an important mission and inappropriate actions prevent us from achieving mission success.

15. Since Kelly Johnson has been the supervisor of Defendant's Commingling and Measurement Approval Unit, to my knowledge he has never hired an African American male as technician or as an engineer.

Pursuant to 28 U.S.C §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on June 8, 2018.

*Earl Thompson* (signed)
Earl Thompson